FILED

2020 JAN 24 PM 2:37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY

# In the United States Court of Federal Claims

SUSHANT GUPTA

**Plaintiff(s),**

**v.**

~~THE UNITED STATES,~~ S.G.
POSTMATES INC,

**Defendant.**

SACV 20-00156-JVS(KESx)

**Case No.** ____________

**Judge** ____________

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

Please see attached Exhibit A.

**2. PARTIES**

Plaintiff, SUSHANT GUPTA, resides at P.O. BOX 5242
(Street Address)

BUENA PARK CA 90622, 714-752-0139
(City, State, ZIP Code) (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

N/A

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims? ◯ Yes ◉ No

If yes, please list the case(s) below, including case number(s):

**3. STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Initially I filed this complaint in "Central Justice Center" and I got a response from the defendant "Postmates Inc" that I cannot do that and will have to file the complaint with "AAA" - American Arbitration Association. I filed the complaint with them on 12/25/2018, They took almost a year's time to solve the matter and made an arbitrary decision against me on 11/05/2019. they just charged their fee and awarded me nothing, I did provide them all the proof which favored me. I will request the federal court to please review this matter as American Arbitraton Association is good for nothing and are just concerned with filling up their pockets. And moreover I will also like to discuss about the Federal case which was filed against Postmates Inc. "4:15-cv-01284-JSW", the people who have made the money are the lawyers and the law firms, ( please see attached Exhibit B)

**4. RELIEF.** Briefly state exactly what you want the court to do for you.

I would like the court to cancel the registration of "Postmates Inc" in california and provide me with a compensation of $35,000 plus interest from october 18, 2018 plus any other penalty seems appropriate by the court, rest is mentioned in Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 (day) day of JANUARY (month), 2020 (year).

Signature of Plaintiff(s)

Exhibit A -

I worked as a Postmates Inc. ( or Postmates) Delivery Driver from December 07, 2015 till November 14, 2016. I got an email from Postmates on November 29, 2015 to fill up their application of employment which I did and they were the one who wanted me to work for them. ( Please see Exhibit A)

I was hired on December 07, 2015 and worked a good till 11 months when suddenly on one day they sent me an email and told me that my account is suspended while I was on my Delivery.( Please see Exhibit B)

All of my emails which I sent to them to ask them that why my account was suspended went to Deaf ears( Please see Exhibit C), no one cared to respond me that why my account was suspended, this is a totally unprofessional company, they hire and fire anytime they want, a totally unreliable company. Now I am sending them emails asking them to please send me my signed agreement which I signed with them( Please see Exhibit D). And I am getting very confusing replies from the management of Postmates, first of all there is no Phone number of Postmates and secondly, the email address they have on file is not good enough as I do not get proper replies on this email address

I also tried to tweet them and I thought that hopefully a tweet will work but that did not work either as they were repeatedly saying to contact the fleet regarding the problem. (Please see Exhibit E)

First of all Postmates misclassified me as a Independent Contractor when I was their employee and they have also violated Various Labor laws and regulations of the state of California.

There website and work culture is not transparent at all, they hire and fire people anytime they wish without giving any reason. There website doesn't show any signed agreement I signed, there are no paystubs, doesn't show when I joined the organization and when I exited, there website doesn't even show that I have ever worked for them. Even as I worked for them honestly, they suspended my services while I was on a delivery and didn't wish to inform me that well in advance that they will be suspending my services.

The Fair Labor Standards Act, 29 U.S.C. §207(a)(1), states that an employee must

be paid overtime, equal to one and one-half (1.5) times the employee's regular rate of pay, for all

hours worked in excess of 40 per week. I have worked in excess of forty (40)

hours per week but have not been paid this premium pay for hours worked beyond 40 in a week.

My Causes of Actions are -

1. Postmates hired and fired me as they wish, insulted me as a person and as an employee.

2. Misclassified me as a contractor when I was an employee of them.

3. Didn't pay me on hourly basis.

4. Didn't pay for my Gas, car depreciation, tyres, wear and tear.

5. Didn't pay for my Mobile and Data usage.

6. Didn't pay for my meals while working- Lunch and Dinner.

7. Have not kept any record of me working for them on their website, I am not able to access my Paystubs, signed agreement or any other form of Agreement or Paperwork

8. Have disgusting customer service, doesn't have a phone number where I can reach someone and speak with them.

9. Getting obnoxious Answers on the email.

10. Terminated my services when I was on a Delivery for postmates.

11. Postmates also did not pay me for my Uniform, shoes and the cost to wash them.

Although classified as independent contractors, Postmates couriers are employees.

They are required to follow detailed requirements imposed on them by Postmates, and they aregraded, and are subject to termination, based on Postmates' discretion and/or their failure toadhere to these requirements (such as rules regarding their conduct with customers, theirtimeliness in picking up items and delivering them to customers, the accurateness of their orders,etc.).

In addition, Postmates is in the business of providing delivery service to

customers, and that is the service that Postmates couriers provide. The couriers' services arefully integrated into Postmates's business, and without the couriers, Postmates's business would not exist.

Because as I was misclassified an independent contractor and all the causes of actions mentioned above, I would like a compensation of $35000 from Postmates as it is not fair and

justified to under pay and violate several labor laws of California.

I am filing this action under PAGA laws specially Labor Code Sections 2698 - 2699.5.

Specially Labor Code 2699 (d)-

(d) For purposes of this part, "cure" means that the employer abates each violation alleged by any aggrieved employee, the employer is in compliance with the underlying statutes as specified in the notice required by this part, and any aggrieved employee is made whole. A violation of paragraph (6) or (8) of subdivision (a) of Section 226 shall only be considered cured upon a showing that the employer has provided a fully compliant, itemized wage statement to each aggrieved employee for each pay period for the three-year period prior to the date of the written notice sent pursuant to paragraph (1) of subdivision (c) of Section 2699.3

Lot of requests were made to Postmates Inc. to send me a Itemized copy of my pay stubs and also a copy of the contract I signed, they failed on both of that.

Violation of California Labor Code § 2802 for unpaid business expenses

Violation of California Labor Code § 226(a)

violations of Title VII of the Civil Rights Act of 1964

violations of the Civil Rights Act of 1866;

Other California Labor Code sections 201-203, 204, 206.5, 207, 208, 210-214, 216, 218, 218.5, 218.6, 221, 225.5, 226( Record Keeping Claim), 226.3, 226.7, 226.8, 227.3, 351, 353, 432.4, 510, 512( Meal Period Claim), 551-552, 558, 1174, 1174.5, 1182.12, 1194, 1194.2, 1197, 1198, 2753, 2802, 2698 and 3700 et seq.; Cal. Code of Regulations, tit. 8, § 11090; California Business and Professions Code sections 17200 et seq.;

for non-payment of wages, minimum wages, overtime wages (including but limited to regular rate calculations), expense reimbursement,parking, a phone and data plan, wage statements, failure to provide workers' compensation insurance, meal periods, rest breaks, final pay, waiting time penalties, PAGA penalties, restitution(seek restitution of all wages and expenses of which I was deprived), interest, costs and expenses, attorneys' fees, declaratory relief, injunctive relief, liquidated damages, exemplary or punitive damages, civil penalties, equitable remedies, and/or pre- or post-judgment interest

With respect to violations of Labor Code §§ 510 and 558, the statute imposes a civil penalty in addition to any other penalty provided by law of fifty dollars ($50) for initial violations for each underpaid employee for each pay period for which the employee was underpaid in addition to an amount sufficient to recover underpaid wages, and one hundred dollars ($100) for subsequent violations for each underpaid employee for each pay period for which the employee was underpaid in

addition to an amount sufficient to recover underpaid wages. With respect to violations of Labor Code § 226(a), Labor Code § 226.3 imposes a civil penalty in addition to any other penalty provided by law of two hundred fifty dollars ($250) per aggrieved employee for the first violation, and one thousand dollars ($1,000) per aggrieved employee for each subsequent violation of Labor Code § 226(a).

Federal Fair Labor Standard Act ("FLSA"), 29 U.S.C. §§ 201 et seq.,

Employee records in accordance with the Act's provisions (29 U.S.C. § 211)

Apart from collection all the penalties for above violations I will also like to collect compensatory damages, including all expenses and wages owed, Award all costs incurred in prosecuting this claim;Award liquidated damages; Interest and costs;

Injunctive relief in the form of an order directing Defendant to comply with the FLSA,

California state law, Such other relief as in law or equity may pertain.

I will also like to appeal my contract termination.

An Initial complaint was filed with the State court in October 19,2018 in which i got a reply from Postmates Inc or Postmates that I cannot file the complaint with the state court as I need to do an arbitration, I filed an Arbitration complaint on December 25, 2019, after waiting for almost one year AAA( American Arbitration Association) made an arbitrary decision which was against me. So I will request the federal court to intervene and look into this matter and provide me justice.

thanks

01/13/2019

Sushant Gupta

Exhibit B -

The drivers who worked for the company have got nothing, just chump change. The check I received didn't have complete information on it and it looked like a Paycheck.

And in this Federal court case ""4:15-cv-01284-JSW" it is already mentioned that if the driver's were terminated while performing the delivery, the drivers can sue Postmates Inc or Postmates. Seperately, and I am not allowed to Sue Postmates Seperately here.

AAA( American Arbitration Association) is just interested in taking their fee and their Arbitrator fee, they are not solving the problems of the Plaintiff, they always make the decison in the favor of big companies like Postmates Inc. I filed the postmates Inc case with AAA on 12/25/2018 and AAA dragged the case till almost one year,making a decision in the month of November 2019, I do not know why it took them a year to make a decision and that too in the favor of Postmates Inc.

AAA is of no use because their Arbitrators are inexperienced and just make an arbitrary decisions not looking at the facts. Moreover Postmates Inc. violated all the federal and CA state rules because they haven't contributed anythig in State taxes, federal taxes, SSI income or SDI( disability) or unemployment of an Individual, so the federal government, state goverment lost the money, and even individuals like me have lost the opporunity to apply for Social security income, Disability income and unemployment which I could have earned if Postmates would haver rightly classified me as an employee rather than contractor.

I would request the federal court to look into this matter seriously and provide me justice and a monetary compensation of $35,000 plus interest from october 19, 2018, as this was the date on which the intial complaint was filed against Postmates.

I hope I will get justice from this court.

thanks

~~01/13/2020~~ S.G.
01/24/2020

Sushant Gupta