1  CARLOS JIMENEZ, Bar No. 227534
   cajimenez@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, CA 90071
4  Telephone: 213.443.4300
   Fax No.:    213.443.4299
5
   PEJMON DUSTIN BODAGHI, Bar No. 271501
6  dbodaghi@littler.com
   LITTLER MENDELSON, P.C.
7  633 West 5th Street
   63rd Floor
8  Los Angeles, CA 90071
   Telephone: 213.443.4300
9  Facsimile: 213.443.4299

10 Attorneys for Defendant
   POSTMATERS, INC.
11

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSHANT GUPTA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>POSTMATES, INC.,<br><br>　　　　Defendant. | Case No. 8:20-cv-00156-JVS-KESx<br>ASSIGNED TO THE HONORABLE<br>JUDGE JAMES V. SELNA<br><br>**JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE**<br><br>Trial Date: N/A<br>Complaint Filed: January 24, 2020 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff SUSHANT GUPTA and Defendant POSTMATES, INC., through their respective counsel, hereby stipulate as follows:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice.

2. Each party is to bear its own fees and costs.

3. The attached order shall be entered.

**IT IS SO STIPULATED.**

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Carlos Jimenez, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Respectfully submitted,

Dated: February 22, 2020

_____
SUSHANT GUPTA

Dated: February 24, 2020

/s/ Carlos Jimenez
CARLOS JIMENEZ
P. DUSTIN BODAGHI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
POSTMATERS, INC.

**PROOF OF SERVICE BY MAIL**

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 633 West 5th Street, 63rd Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 24, 2020, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**

in a sealed envelope, postage fully paid, addressed as follows:

Sushant Gupta
P.O. Box 5242
Buena Park, CA 90622

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 24, 2020, at Los Angeles, California.

/s/ Carolyn Ward

(No. )