1  CARLOS JIMENEZ, Bar No. 227534
   cajimenez@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, CA  90071
4  Telephone: 213.443.4300
   Fax No.:   213.443.4299
5
   PEJMON DUSTIN BODAGHI, Bar No. 271501
6  dbodaghi@littler.com
   LITTLER MENDELSON, P.C.
7  633 West 5th Street
   63rd Floor
8  Los Angeles, CA  90071
   Telephone: 213.443.4300
9  Facsimile:  213.443.4299

10 Attorneys for Defendant
   POSTMATERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSHANT GUPTA,<br><br>Plaintiff,<br><br>v.<br><br>POSTMATES, INC.,<br><br>Defendant. | Case No.  8:20-cv-00156-JVS-KESx<br>ASSIGNED TO THE HONORABLE JUDGE JAMES V. SELNA<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Trial Date:  N/A<br>Complaint Filed: January 24, 2020 |

JS-6

**ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: February 25, 2020

_____
The Honorable James V. Selna
United States District Court Judge

4815-6071-2117.1 078219.1102